ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2002 JUL 17  P 4:48

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| SCOTT PAPER LTD.,<br>(a Canadian corporation)<br>200-1900 Minnesota Court<br>Mississaugua, Ontario, Canada  L5N 3C9,<br><br>Plaintiff,<br><br>vs.<br><br>AGM ALTERNATIVES, INC.,<br>(a Maryland corporation)<br>312 East Pennsylvania Avenue<br>Towson, Maryland  21286,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. AMD 02-1980<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, David J. Cynamon (Bar No. 05620), am a member in good standing of the bar of this Court. I move the admission of Alan S. Cooper, a member of the bar of the District of Columbia, to appear *pro hac vice* in this civil action as counsel for Plaintiff, Scott Paper Ltd. We certify that:

1. Mr. Cooper is a member in good standing of the following courts.

| Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the District of Columbia Circuit | January 3, 1969 |
| U.S. District Court for the District of Columbia | January 3, 1969 |
| U.S. Supreme Court | February 25, 1980 |



2. During the twelve months immediately preceding this motion, Mr. Cooper has been admitted *pro hac vice* to this Court one time.

3. Mr. Cooper has never been disbarred, suspended, or denied permission to practice law in any jurisdiction.

4. Mr. Cooper is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court and understands that he will be subject to the disciplinary jurisdiction of this Court.

5. Mr. Cooper understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant will serve as co-counsel in these proceedings.

Enclosed is the $50.00 fee for admission *pro hac vice*.

Respectfully submitted,

MOVANT

_____
David J. Cynamon (#05620)
Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
202-663-8492 (telephone)
202-663-8007 (fax)

PROPOSED ADMITTEE

_____
Alan S. Cooper
Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
202-663-8665 (telephone)
202-663-8007 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2002, a true copy of the foregoing Motion For Admission Of Counsel *Pro Hac Vice* was served by depositing the same in the U.S. Mail, first class postage prepaid, on the following counsel of record for Defendant:

>Steven R. Freeman
>Craig M. Schwartz
>Freeman, Wolfe & Greenbaum, P.A.
>409 Washington Avenue., Suite 300
>Townson, Maryland  21204

_____
David J. Cynamon

Document #: 1258537 v.1

ORDER

The Motion for Admission of Alan S. Cooper *Pro Hac Vice* is hereby:

✓ Granted                              ___ Denied

                                   Felicia C. Cannon

7·30·02                            by _____
Date                               Clerk, United States District Court