IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT PAPER LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. AMD 02-1980 |
| | ) | |
| AGM ALTERNATIVES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Good cause having been shown, Plaintiff's uncontested motion to amend the Scheduling Order entered on July 9, 2002, is hereby granted. The specific dates in the Scheduling Order are amended as follows:

| | |
|---|---|
| Plaintiff's Rules 26(a)(2) disclosures re experts | November 1, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | December 2, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | December 16, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | December 23, 2002 |
| Discovery deadline: submission of status report | January 15, 2003 |
| Requests for admission | January 22, 2003 |
| Dispositive pretrial motions deadline | February 14, 2003 |

- 4 -

- 5 -

All other dates in the Scheduling Order will remain unchanged.

DONE AND ORDERED at Baltimore, Maryland, this 6th day of September, 2002.

_____
United States District Judge

Document #: 1270372 v.1