IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCOTT PAPER LTD.,
   Plaintiff

v.     Civil No. AMD 02-1980

AGM ALTERNATIVES, Inc.,
   Defendant

...oOo...

ORDER

The motion to amend the scheduling order filed by plaintiff has been read and considered. No good cause having been shown, the motion to amend is DENIED.

The Clerk shall TRANSMIT a copy of this Order to all counsel.

Filed: January 16, 2003

ANDRE M. DAVIS
United States District Judge

