IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCOTT PAPER, LTD., :
    Plaintiff :
:
v. : Civil No. AMD 02-1980
:
:
AGM ALTERNATIVES, INC., :
    Defendant :
...o0o...

O R D E R

Defendant's motion for continuance has been read and considered. It is this 27th day of March, 2003, ORDERED

that the motion is DENIED WITHOUT PREJUDICE.

_____/s/_____
ANDRE M. DAVIS
United States District Judge