**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

March 27, 2003

MEMORANDUM TO COUNSEL RE:

<u>Scott Paper , Ltd.  v. AGM Alternatives, Inc.
Civil No. AMD 02-1980                              </u>

  I am denying the request for a continuance of trial without prejudice until we have a better feel for the need for a continuance. If same should prove actually necessary, then I expect to commence the trial of this case immediately after Mr. Freeman's trial on the 24th.

  I must say this problem should have been mentioned within a day or so of my 2/24/03 Order.

  I further understand that inquiry was made as to whether I might be willing to place under seal a consent judgment. While I'd rather not, it is possible that I could be persuaded to do so.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt